HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
NEMECIO GARCIA-ALCAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>NEMECIO GARCIA-ALCAZAR,<br><br>         Defendant. | No.  Cr. S 11-338 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, Jr. |

Defendant, NEMECIO GARCIA-ALCAZAR by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On October 19, 2012 this Court sentenced Mr. Garcia-Alcazar to a term of 71 months imprisonment;

3.      His total offense level was 25, his criminal history category was I, the resulting guideline range was 57 to 71 months;

4.     The sentencing range applicable to Mr. Garcia-Alcazar was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Garcia-Alcazar's total offense level has been reduced from 25 to 23, and his amended guideline range is 46 to 57 months, but the mandatory minimum term is 60 months;

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Garcia-Alcazar's term of imprisonment to 60 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  May 15, 2015 | Dated:   May 15, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>NEMECIO GARCIA-ALCAZAR |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Garcia-Alcazar is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months, with an applicable mandatory minimum sentence of 60 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2012 is reduced to a term of 60 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Garcia-Alcazar shall report to the United States Probation
2  Office within seventy-two hours after his release.
3  Dated: May 18, 2015

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```